# **PROMISSORY NOTE**

Amount:  $1,000,000.00                                                                                     Fort Lauderdale, Florida
                                                                                                                              December 22, 2022

FOR VALUE RECEIVED, the undersigned, FAST TEST NOW HOLDINGS LLC, a Florida limited liability company ("Maker") promises to pay in lawful money of the United States of America to the order of POSEIDON DIAGNOSTICS CORP, a Florida corporation, or its assigns ("Holder") at:

Huascar Rijssenbeek
_____

HR
_____

or at such other place as the Holder of this Note shall in writing designate the principal sum of One Million and 00/100 Dollars ($1,000,000.00).

The outstanding principal balance of this Note existing from time to time shall bear interest of five percent (5%). Principal and interest shall be payable in one hundred twenty (120) equal monthly installments of Ten Thousand Six Hundred Six and 55/100 Dollars ($10,606.55). The first installment shall fall due on February 07, 2023 and on the same day of each and every month thereafter until this Note is paid in full. This Note may be prepaid in whole or in part at any time without penalty.

     The following events shall be events of default ("EVENTS OF DEFAULT") hereunder:

     (i)     failure to pay any part of principal or interest falling due under this Note which non-payment continues for a period in excess of ten (10) business days after notification in writing of default; or

     (ii)     the occurrence of a default of any terms, agreements, covenants or conditions of this Note which are not timely cured pursuant to the terms thereof; or

     (iii)     the sale or conveyance (voluntarily or involuntarily, or by operation of law) of the Company Debtor's membership interests consisting of a majority interest in the Company Debtor or the sale or conveyance of the assets of the business, except in the ordinary course of business shall entitle the holder hereof, at its option, to declare the whole of the indebtedness evidenced by this Note immediately due and payable and Seller can retake possession of the premises, property and assets.

     The occurrence of an EVENT OF DEFAULT shall authorize the Holder of this Note to declare the entire outstanding principal balance immediately due and payable in full and to exercise any and all other rights or remedies as provided by the SECURITY DOCUMENTS and applicable law.  This Note is to be construed and enforced according to the State laws having situs in MIAMI-DADE County, Florida.

     Each Maker, guarantor and endorser severally waives presentment, demand, protest or notice

of protest and all requirements necessary to hold them liable as Makers, guarantors and endorsers. Failure of the Holder to exercise any right hereunder shall not be construed as a waiver of the right to exercise the same or any other right at any time and from time to time thereafter.

Each Maker, guarantor and endorser further agrees, jointly and severally, to pay all principal and interest due hereunder. Provided that the Holder of this Note has not exercised its right to accelerate this Note as herein above provided, in the event any required payment on this Note is not received by Payee within five (5) business days after said payment is due, Maker shall pay the Holder of this Note a late charge of five percent (5%) of the payment not so received, (both principal and interest) the parties agreeing that said charge is a fair and reasonable charge for the late payment and shall not be deemed a penalty. During the period of any default under the terms of this Note, the interest rate on the entire indebtedness then outstanding shall be at the highest rate presently allowed to be charged under applicable law or any greater interest which may be charged under any amendments to applicable law computed from the date of default and continuing until such default is cured.

Each Maker, Guarantor and Endorser further agrees, jointly and severally, to pay all principal and interest due hereunder, costs of collection, including reasonable attorneys' fees and costs of appeal, in case the principal of this Note or interest thereon is not paid when due, or in case it becomes necessary to protect the security hereof, whether suit be brought or not.

Total charges for interest and in the nature of interest, reserved, charged or taken hereunder or under any documents executed in connection herewith shall not exceed the maximum amount allowed by applicable law, or any greater amount which may be charged under any amendments to applicable law, and any excess portion of such sums that may have been reserved, charged or taken shall be refunded to the Maker hereof, or any parties liable for the payment of the indebtedness evidenced by this Note. Such refund may be made by application of the excess portion against the sums due hereunder, but such crediting shall not cure or waive a default.

In accordance with the Off-Set Agreement of even date, in the event that the Maker is called upon to pay any charges, debts, expenses, or liabilities incurred by Holder in connection with Holder's operation of the Business ("a Claim"), then at the time of the foregoing event, the Maker shall give Holder ten (10) days written notice of such Claim and forward to Holder all written documentation with regard to same. In the event that the Holder does not pay, discharge, contest, or initiate proceedings to discharge or contest such Claim within ten (10) days after receipt of such written notice, then the Maker shall have the right to pay or satisfy such Claim, and thereafter withhold and set-off such amount paid against the next monthly payment(s) due under this Note.

The undersigned Maker shall be responsible for all documentary taxes due to the State of Florida by reason of this Note.

THE MAKER, HEREBY KNOWINGLY, VOLUNTARILY AND INTENTIONALLY WAIVE THE RIGHT THEY MAY HAVE TO A TRIAL BY JURY IN RESPECT OF ANY LITIGATION BASED HEREON, OR ARISING OUT OF, UNDER OR IN CONNECTION WITH THIS NOTE AND ANY AGREEMENT, DOCUMENT OR INSTRUMENT EXECUTED IN CONNECTION HEREWITH, OR ANY COURSE OF CONDUCT, COURSE OF DEALING, STATEMENTS (WHETHER VERBAL OR WRITTEN) OR ACTIONS OF ANY PARTY

HERETO. THIS PROVISION IS A MATERIAL INDUCEMENT FOR THE PAYEE ACCEPTING THIS NOTE FROM MAKER.

FAST TEST NOW HOLDINGS LLC,
a Florida limited liability company,

*Josh Wilson*
F5CED633FBEC4F0...

By JOSH WILSON, Member

## GUARANTY

      To induce POSEIDON DIAGNOSTICS CORP, to accept the Promissory Note of FAST TEST NOW HOLDINGS LLC (Maker) and JOSH WILSON (referred as "Guarantor"), jointly and severally, hereby absolutely and unconditionally guarantees the full, prompt, and faithful performance of FAST TEST NOW HOLDINGS LLC, a Florida limited liability company of all covenants and obligations to be performed by FAST TEST NOW HOLDINGS LLC, under this Note, including but not limited to, the payment of all sums required to be paid by FAST TEST NOW HOLDINGS LLC, pursuant to this Note. This guarantee shall be absolute, continuing and irrevocable.  In the event that FAST TEST NOW HOLDINGS LLC, fails to pay all or any part of this Note when due, Guarantor will pay to the holder of the Note the amount due and unpaid by FAST TEST NOW HOLDINGS LLC, which shall include the entire unpaid principal balance of the Note plus accrued interest, it being understood that the obligation to pay such amount constitutes a direct and primary obligation of the Guarantor.

      Guarantor waives all requirements to require the holder of the Note to proceed against FAST TEST NOW HOLDINGS LLC or to pursue any other remedy it may have against FAST TEST NOW HOLDINGS LLC, in the event of a breach by FAST TEST NOW HOLDINGS LLC, of the payment of this Note. Guarantor hereby irrevocably waives all rights of trial by jury in any action or proceeding arising out of or relating to this guarantee, any collateral for this guarantee, and any relationship between or among the parties to this guarantee.

Date: December 22 , 2022

                              GUARANTOR:

                              DocuSigned by:
                              *Josh wilson*
                              F5CED633FBEC4F0...
                              JOSH WILSON