UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 1:23-cv-20421-PCH

FAST TEST NOW HOLDINGS, LLC,
a Florida limited liability company; and
JOSHUA WILSON, an individual,

    Plaintiffs,

vs.

POSEIDON DIAGNOSTICS CORP,
a Florida corporation;
HUASCAR RIJSSENBEEK, an individual;
and HRMGT CORP., a Florida corporation,

    Defendants.
_____/

## **DEFENDANTS' MOTION TO COMPEL PRODUCTION OF DOCUMENTS**

    Defendants, Huascar Rijssenbeek, Poseidon Diagnostics Corp., and HRMGT Corp., by and through undersigned counsel, and pursuant to Fed. R. Civ. P. 37 and S.D.Fla. L.R. 7.1, hereby file this Motion to Compel Production of Documents, and in support thereof state:

    1.    In ¶39-¶41 of the Amended Complaint filed on February 9, 2023, Plaintiffs alleged that Defendants hid in excess of $50,000 of invoices from Plaintiffs during the due diligence period. **[ECF 4].**

    2.    On March 1, 2023, Defendants served Plaintiffs with a Request for Production of Documents (the "RFP"). **[Exhibit 1].**

    3.    Request #49 of the RFP was for "All of the 'unpaid invoices' referenced in ¶39 of the Amended Complaint."

4. By Order entered February 23, 2023, Plaintiffs were required to respond to the RFP by March 14, 2023. **[ECF 17].**

5. On March 14, 2023, Plaintiffs only produced invoices totaling approximately $20,000.

6. On March 20, 2023, Defendants took the deposition of Plaintiff, Joshua Wilson ("Wilson"), both in his individual capacity and as the corporate representative of Plaintiff, Fast Test Now Holdings, LLC. During that deposition, Wilson could not explain why the missing $30,000 of invoices had not been produced to Defendants in discovery, but Plaintiffs' counsel represented that they would be produced to Defendants. **[Exhibit 2: Wilson 3/20/23 Depo.: P.120, ln.11-23].**

7. On March 28, 2023, Plaintiffs filed their Second Amended Complaint in which they reiterated the allegation regarding $50,000 of invoices. **[ECF 30 (¶52-¶54)].**

8. Since Wilson's deposition, counsel for Defendants made additional requests for the missing invoices on March 31, 2023 and April 4, 2023. **[Exhibit 3].**

9. To date, twenty-three days subsequent to the March 14, 2023 deadline, and seventeen days subsequent to Wilson's deposition, the missing invoices have still not been produced.

10. Accordingly, Defendants respectfully request that the Court enter an Order requiring Plaintiffs to produce the missing invoices within two days of the entry of an Order granting this Motion.

WHEREFORE, for all of the foregoing reasons, Defendants, Huascar Rijssenbeek, Poseidon Diagnostics Corp., and HRMGT Corp., respectfully move the Court to enter an Order requiring Plaintiffs to produce the missing invoices within two days of the entry of an Order granting this Motion.

**CERTIFICATION PURSUANT TO S.D.FLA. L.R. 7.1(A)(3)**

Counsel for Defendants hereby certifies that a good faith effort to resolve the instant Motion was made, but Plaintiffs have not produced the missing invoices.

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that a true and correct copy of the foregoing has been furnished via CM/ECF to RYAN M. CLANCY, ESQ., Ainsworth + Clancy, PLLC, 801 Brickell Ave., 8th Fl., Miami, FL 33131, this 6th day of April, 2023.

        KATZMAN, WASSERMAN,
        BENNARDINI & RUBINSTEIN, P.A.
        7900 Glades Road, Suite 140
        Boca Raton, Florida 33434
        Tel.: (561) 477-7774
        Fax: (561) 477-7447

        By:   /s/ Craig A. Rubinstein
              CRAIG A. RUBINSTEIN
              Fla. Bar No.: 77755
              car@kwblaw.com
              mrm@kwblaw.com