UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 23-CV-20421-HUCK

**FAST TEST NOW HOLDINGS LLC**,
A Florida limited liability company, and
**JOSHUA WILSON**, an individual,

    Plaintiffs,

v.

**POSEIDON DIAGNOSTIC CORP**, a
Florida corporation, and **HUASCAR RIJSSENBEEK**, an individual,

    Defendants.

_____/

**ORDER REQUIRING RESPONSE**

    **THIS MATTER** is before the Court upon Defendants' Memorandum of Law Regarding Issue of Ambiguity in Asset Purchase Contract and Receipt [ECF No. 44] ("Defendants' Memorandum") and Plaintiffs' Memorandum of Law Regarding Ambiguity of Asset Purchase Contract and Receipt [ECF No. 45] ("Plaintiffs' Memorandum"), both filed on April 7, 2023. Upon review of the record, it is hereby

    **ORDERED AND ADJUDGED** that

1. Plaintiffs shall respond to Defendants' Memorandum [ECF No. 44] by no later than **April 20, 2023**; and
2. Defendants shall respond to Plaintiffs' Memorandum [ECF No. 45] by no later than **April 20, 2023.**

    **DONE AND ORDERED** in Chambers, Miami, Florida, on April 12, 2023.

                                                                  Paul C. Huck
                                                                  United States District Judge

Copies furnished to:
All Counsel of Record