**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

**CASE NO. 23-CV-20421-HUCK**

**FAST TEST NOW HOLDINGS LLC**,
A Florida limited liability company, and
**JOSHUA WILSON**, an individual,

      Plaintiffs,

v.

**POSEIDON DIAGNOSTIC CORP**, a
Florida corporation, and **HUASCAR**
**RIJSSENBEEK**, an individual,

      Defendants.

_____ /

**ORDER REQUESTING TIMELINE/CHRONOLOGY**

**THIS MATTER** is before the Court *sua sponte*. In reviewing the various discovery motions filed by the parties, it has come to the Court's attention that a timeline or chronology of relevant pre-litigation events would be helpful to identify and understand the issues involved in this litigation. The Court needs the following information, in addition to any other events the parties deem relevant:

- When Poseidon Diagnostic Corp. ("Poseidon") provided to its broker information about the assets being sold to Plaintiffs;

- When Fast Test Now Holdings LLC ("Fast Test") and Poseidon began negotiating the sale set forth in the Asset Purchase Contract And Receipt (the "Asset Purchase Contract");

- When Fast Test first received and reviewed information provided by Poseidon or its broker regarding the sale under the Asset Purchase Contract;

- When the due diligence period regarding the sale began and ended; and

- When the "closing" of the sale actually occurred.

      Accordingly, it is hereby

**ORDERED AND ADJUDGED** that Defendants and Plaintiffs shall file—either jointly or separately—a timeline or chronology of relevant pre-litigation events, including those set forth by this Order, by no later than Friday, April 21, 2023, at 10:00 PM.

**DONE AND ORDERED** in Chambers in Miami, Florida, on April 19, 2023.

Paul C. Huck
United States District Judge

Copies furnished to:
All Counsel of Record