UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 23-CV-20421-HUCK

FAST TEST NOW HOLDINGS LLC,
A Florida limited liability company, and
JOSHUA WILSON, an individual,

    *Plaintiffs*,

v.

POSEIDON DIAGNOSTIC CORP, a
Florida corporation; HUASCAR
RIJSSENBEEK, an individual; and
HRMGT CORP,

    *Defendants*.

_____/

## OMNIBUS ORDER ON DISCOVERY DISPUTES AND INJUNCTIVE RELIEF

**THIS CAUSE** came before the Court at a hearing on April 24, 2023, [ECF No. 49], addressing numerous discovery motions filed by the parties. For the reasons set forth by the Court during the hearing, it is hereby

**ORDERED AND ADJUDGED** that:

1. Defendants' Motion to Compel Deposition Testimony of Plaintiff, Joshua Wilson **[ECF No. 37]** is **GRANTED**. Defendants may take an additional two-hour deposition of Joshua Wilson. Additionally, Plaintiff may take an additional two-hour deposition of Huascar Rijssenbeek.

2. Defendants' Motion to Overrule Plaintiff's Counsel's Instruction Not to Answer Deposition Questions **[ECF No. 41]** is **DENIED AS MOOT** because Plaintiff represented to the Court that he no longer wishes to pursue an injunction claim.

3. Because Plaintiff no longer wishes to pursue an injunction claim, his Ex Parte Emergency Motion **[ECF No. 6]** and his Motion for Preliminary Injunction **[ECF No. 20] are both DENIED AS MOOT**.

CASE NO. 23-CV-20421-HUCK

4. Plaintiff's Motion to Compel Production of Documents **[ECF No. 42]** is **DENIED AS MOOT** because Defendants have represented that they produced all the documents that were the subject of Plaintiff's Motion to Compel.

5. The Court will set an additional a hearing at a later date to address the remaining discovery disputes.

**DONE AND ORDERED** in Miami, Florida, on April 25, 2023.

**PAUL C. HUCK**
**UNITED STATES DISTRICT JUDGE**

cc:   counsel of record