UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 1:23-cv-20421-PCH

FAST TEST NOW HOLDINGS, LLC,
a Florida limited liability company; and
JOSHUA WILSON, an individual,

    Plaintiffs,

vs.

POSEIDON DIAGNOSTICS CORP,
a Florida corporation;
HUASCAR RIJSSENBEEK, an individual;
and HRMGT Corp., a Florida corporation,

    Defendants.
_____/

## DEFENDANTS' MOTION FOR PROTECTIVE ORDER

Defendants, Huascar Rijssenbeek ("Rijssenbeek"), Poseidon Diagnostics Corp. ("Poseidon"), and HRMGT Corp. ("HRMGT"), by and through undersigned counsel, hereby file this Motion for Protective Order, as follows:

1. On April 4, 2023, Defendants filed their Response to Motion to Compel Discovery **[ECF 40]**.

2. Plaintiffs' Motion to Compel Discovery related in part to Plaintiffs' desire to include a specific document request in the Subpoena to Google that was otherwise agreed to by the parties; to wit, "Documents demonstrating balanced [sic] owed to Google by the HRMGT or Poseidon Google Ads Accounts."

3. In their Response, Defendants objected to the inclusion of that request *inter alia* because Plaintiffs only learned of the existence of a balance owed to Google for the HRMGT Google Ads Account during a March 27, 2023 Attorneys' Eyes Only and settlement communication privileged inspection of the HRMGT Google Ads Account. Prior to that time, that issue was not on Plaintiffs' proverbial "radar screen", as evidenced by the fact that (a) that issue was not contained in the Complaint or Amended Complaint; and (b) Plaintiffs did not raise that issue during their March 21, 2023 deposition of Rijssenbeek, the sole owner of HRMGT and Poseidon.[1]

4. While the Court began to hear argument on this issue on April 24, 2023, the Court did not conclude the hearing at that time and did not issue a ruling on this issue.

5. Nonetheless, within minutes of the conclusion of the hearing, Ryan Clancy, Esq. ("Clancy"), counsel for Plaintiffs, sent an e-mail to counsel for Defendants in which he wrote, "Lets schedule the depositions for next week? **Obviously I will be asking your client what he owes on the google Ads account, and I expect he will answer**." **[Exhibit 1]** (emphasis added).

6. Counsel for Defendants responded by stating, "Given that the Judge has not yet ruled on the issue of the disclosure of that information during the AEO/settlement conference, don't you think that that is entirely inappropriate? I certainly do. Please advise if a Motion for Protective Order is going to be necessary." **[Id.].**

7. Clancy responded by stating "please file a protective order." **[Id.].**

8. Accordingly, Defendants seek a protective Order from this Court prohibiting Plaintiffs from deposing Defendants regarding the above-referenced account balance.

---

[1] Defendants also objected on the basis that unless and until there is a finding of fact that Fast Test is entitled to ownership of the HRMGT Google Ads Account, then the proposed document request is premature and irrelevant.

WHEREFORE, for all of the foregoing reasons, Defendants, Huascar Rijssenbeek, Poseidon Diagnostics Corp., and HRMGT Corp., respectfully move the Court to enter a protective Order preventing Plaintiffs from deposing Defendants about the balance owed by HRMGT to Google for its Google Ads Account.

### CERTIFICATION PURSUANT TO S.D.FLA. L.R. 7.1(A)(3)

Counsel for Defendants hereby certifies that a good faith effort to resolve the instant Motion was made, but that counsel for Plaintiffs would not consent to the relief sought in this Motion.

### CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing has been furnished via electronic mail to RYAN M. CLANCY, ESQ., Ainsworth + Clancy, PLLC, 801 Brickell Ave., 8th Fl., Miami, FL 33131, this 26th day of April, 2023.

> KATZMAN, WASSERMAN,
>  BENNARDINI & RUBINSTEIN, P.A.
> 7900 Glades Road, Suite 140
> Boca Raton, Florida 33434
> Tel.: (561) 477-7774
> Fax: (561) 477-7447
>
> By:   /s/ Craig A. Rubinstein
>         CRAIG A. RUBINSTEIN
>         Fla. Bar No.: 77755
>         car@kwblaw.com
>         mrm@kwblaw.com