UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 23-CV-20421-HUCK

FAST TEST NOW HOLDINGS LLC,
A Florida limited liability company, and
JOSHUA WILSON, an individual,

    *Plaintiffs*,

v.

POSEIDON DIAGNOSTIC CORP, a
Florida corporation; HUASCAR
RIJSSENBEEK, an individual; and
HRMGT CORP,

    *Defendants*.

_____/

### ORDER GRANTING IN PART DEFENDANTS' MOTION TO DISMISS

**THIS CAUSE** came before the Court at a hearing on May 10, 2023, [ECF No. 74], addressing Defendants' Motion to Dismiss [Second] Amended Complaint (the "Motion to Dismiss") [ECF No. 46]. For the reasons set forth by the Court during the hearing, it is hereby

**ORDERED AND ADJUDGED** that:

1. The Motion to Dismiss **[ECF No. 46]** is **GRANTED IN PART and DENIED IN PART**.

2. Plaintiffs' Second Amended Complaint **[ECF No. 30]** is **DISMISSED WITHOUT PREJUDICE**.

3. Plaintiffs shall file a third amended complaint by no later than May 20, 2023.

**DONE AND ORDERED** in Miami, Florida, on May 11, 2023.

CASE NO. 23-CV-20421-HUCK

2

**PAUL C. HUCK**
**UNITED STATES DISTRICT JUDGE**

cc: counsel of record