UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 23-CV-20421-HUCK

FAST TEST NOW HOLDINGS LLC,
A Florida limited liability company, and
JOSHUA WILSON, an individual,

    *Plaintiffs*,

v.

POSEIDON DIAGNOSTIC CORP, a
Florida corporation; HUASCAR
RIJSSENBEEK, an individual; and
HRMGT CORP,

    *Defendants*.

_____/

**NOTICE TO PARTIES**

    **THIS CAUSE** is before the Court *sua sponte*. The Court suggests that the parties, prior to filing any further documents, review and take into consideration the following cases:

1. *Centurion Air Cargo, Inc. v. United Parcel Service Co.*, 420 F.3d 1146, 1151 (11th Cir. 2005).

2. *Hendershott v. Ostuw*, 20-13991, 2022 WL 2904080, at *1 (11th Cir. July 22, 2022).

3. *Diageo Dominicana, S.R.L. v. United Brands, S.A.*, 314 So.3d 295, 299 (Fla. 3d DCA 2020)

    **DONE AND ORDERED** in Miami, Florida, on May 11, 2023.

                                           **PAUL C. HUCK**
                                           **UNITED STATES DISTRICT JUDGE**

cc:    counsel of record