**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

**CASE NO.: 1:23-cv-20421-PCH**

FAST TEST NOW HOLDINGS, LLC,
a Florida limited liability company; and
JOSHUA WILSON, an individual,

    Plaintiffs,

vs.

POSEIDON DIAGNOSTICS CORP,
a Florida corporation;
HUASCAR RIJSSENBEEK, an individual;
and HRMGT Corp., a Florida corporation,

    Defendants.
_____/

**DEFENDANTS' MOTION TO COMPEL**
**BETTER ANSWERS TO INTERROGATORIES**

    Defendants, Huascar Rijssenbeek, Poseidon Diagnostics Corp., and HRMGT Corp., by and through undersigned counsel, and pursuant to Fed. R. Civ. P. 37 and S.D.Fla. L.R. 7.1, hereby file this Motion to Compel Better Answers to Interrogatories, and in support thereof state:

    1.    In response to Defendants' Request for Production of Documents, Plaintiff, Fast Test Now Holdings, LLC ("Fast Test"), produced its Balance Sheet. **[Exhibit 1].** Fast Test's balance sheet shows liabilities of loans payable to *inter alia* Cynthia Blanco, Daniel Madden, Jennifer Scorsone, and Pamela Hancock (collectively, the "Lenders").

    2.    On March 20, 2023, Defendants deposed Plaintiff, Joshua Wilson ("Wilson"), the sole member and corporate representative of Fast Test, who testified that the Lenders had made loans that were memorialized by promissory notes. **[Exhibit 2: Wilson 3/20/23 Depo.: P.4, ln.20 - P.5,**

1

**ln.4; P.6, ln.19 - P.8, ln.14].** In addition to the Lenders being listed as creditors on Fast Test's balance sheet, Wilson testified very specifically that Cynthia Blanco made a loan to Fast Test. **[Id.: P.6, ln.21-23].**

3. On March 28, 2023, counsel for Defendants sent an e-mail to counsel for Plaintiffs in which he indicated that Defendants were going to take the depositions of the Lenders, and asked counsel for Plaintiff to provide their addresses. **[Exhibit 3].** It should be noted that one of the Lenders, Cynthia Blanco, is Wilson's mother-in-law. **[Exhibit 2: P.6, ln.19-20].**

4. On March 29, 2023, Defendants served Plaintiffs with their Second Request for Production of Documents, in which they sought, *inter alia*, the promissory notes that Fast Test issued in favor of the Lenders. **[Exhibit 4].**

5. After two additional requests from counsel for Defendants to counsel for Plaintiffs for the Lenders' addresses, counsel for Plaintiffs indicated in an e-mail on April 5, 2023 (i.e. eight days subsequent to the first of three requests) that "I do not have them, ill [sic] speak to the client." **[Exhibit 3].**

6. On April 6, 2023, after still not having received the addresses, Defendants served Fast Test with Interrogatories to obtain the addresses of the Lenders. **[Exhibit 5].** The Interrogatories asked one simple question:

> "Please provide the home address, home telephone number, cell phone number, work address, work telephone number, and all e-mail addresses, for the following creditors of Fast Test Now Holdings, LLC:
>
>  a. Cynthia Blanco;
>  b. Daniel Madden;
>  c. Jennifer Scorsone; and
>  d. Pamela Hancock."

2

7.      On April 28, 2023, Plaintiffs served their Response to the Second Request for Production of Documents in which they wrote that no promissory notes existed, which is directly contradicted by Fast Test's balance sheet and Wilson's deposition testimony. **[Exhibit 6].**

8.      On May 9, 2023, in response to counsel for Defendants' e-mail where that contradiction was pointed out, counsel for Plaintiffs stated,

> "There are no promissory notes between Fast Test and the four lenders. Those loans were made to JW Development LLC and the Promissory Notes were made by JW Development LLC. Attached you will find the promissory notes. As you can see there was no Promissory Note made by Fast Test. As for Cynthia Blanco, there was no Promissory Note made because she is Mr. Wilson's mother-in-law and they decided not to make a Promissory Note." **[Exhibit 7].**

9.      Pursuant to Fed.R.Civ.P. 33(b)(2), Fast Test's Answers to Interrogatories were due on May 8, 2023. However, Fast Test failed to timely serve its Answers.

10.     Accordingly, at 7:56AM on May 9, 2023, counsel for Defendants sent an e-mail to counsel for Plaintiffs informing them that the Answers were overdue and requested Answers by the close of business on that day. **[Exhibit 8].**

11.     On May 9, 2023, Fast served its Answers to Interrogatories, in which it wrote,

> "Plaintiff is unable to cognizably respond to this interrogatory as providing responses such as an address would require Plaintiff to somehow concede that individuals familiarly [sic] to Plaintiffs w/ the names mentioned are 'creditors' of Fast Test Now, LLC. The individuals are not creditors of Fast Test. The individuals loaned money to Mr. Wilson and/or his other companies but never Fast Test, any response that indicated otherwise is a mistake and should be disregarded." **[Exhibit 9].**

12.     Leaving aside the irony of the fact that while Plaintiffs have repeatedly accused one or more Defendants of having provided false financial statements to Plaintiffs, and then furnished a balance sheet that they now admit is inaccurate, Fast Test's answer is clearly in bad faith.

3

WHEREFORE, for all of the foregoing reasons, Defendants, Huascar Rijssenbeek, Poseidon Diagnostics Corp., and HRMGT Corp., respectfully move the Court to enter an Order directing Fast Test to provide complete answers to the Interrogatories within two days of an Order granting this Motion.

### **CERTIFICATION PURSUANT TO S.D.FLA. L.R. 7.1(A)(3)**

Counsel for Defendants hereby certifies that a good faith effort to resolve the instant Motion was made, but that counsel for Plaintiffs did not respond to that effort. **[Exhibit 10].**

### **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that a true and correct copy of the foregoing has been furnished via CM/ECF to RYAN M. CLANCY, ESQ., Ainsworth + Clancy, PLLC, 801 Brickell Ave., 8th Fl., Miami, FL 33131, this 12th day of May, 2023.

KATZMAN, WASSERMAN,
BENNARDINI & RUBINSTEIN, P.A.
7900 Glades Road, Suite 140
Boca Raton, Florida 33434
Tel.:  (561) 477-7774
Fax:  (561) 477-7447

By:    /s/ Craig A. Rubinstein
       CRAIG A. RUBINSTEIN
       Fla. Bar No.: 77755
       car@kwblaw.com
       mrm@kwblaw.com