UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
Miami Division

Case No.: 1:23cv20421

FAST TEST NOW HOLDINGS LLC, a Florida limited liability company, and JOSHUA WILSON, an individual,

    *Plaintiffs,*

v.

POSEIDON DIAGNOSTICS CORP, a Florida corporation, and HUASCAR RIJSSENBEEK, an individual, HRGMT Corp, a Florida corporation,

    *Defendants.*

_____/

## **NOTICE OF MEET AND CONFERRAL AND TENTATIVE SETTLEMENT**

**COMES NOW**, Plaintiffs, FAST TEST NOW HOLDINGS LLC ("Fast Test"), and JOSHUA WILSON ("Wilson") (collectively referred to as the "Plaintiffs"), by and through undersigned counsel, and pursuant to the Court's request that Plaintiffs' file a notice regarding a conferral of Defendants' motion, today, hereby give notice of Plaintiffs' Counsel having met and conferred with Defendants' Counsel regarding Defendants' Renewed motion to Overrule Plaintiffs' Counsel's Instructions not to answer deposition questions, and to compel additional deposition testimony of Plaintiff, Joshua Wilson [D.E. 78]. While Plaintiffs object to Defendants' requested relief in [D.E. 78], the Parties have reached a tentative settlement agreement, pending the Parties negotiating material terms. Once the material terms are agreed to and the settlement agreement is finalized the Parties will notify the Court. If the Parties fail to settle, Plaintiffs' will file their opposition to [D.E. 78] on or before May 26, 2023.

Dated: May 15, 2023  **AINSWORTH + CLANCY, PLLC**

801 Brickell Avenue, 8th Floor
Miami, Florida 33131
Telephone: (305) 600-3816
Facsimile: (305) 600-3817
*Counsel for Plaintiffs*

By: /s/ Ryan Clancy
Ryan Clancy, Esq.
Florida Bar No.117650
Email: ryan@business-esq.com
Email: info@business-esq.com

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on this date, the foregoing document was electronically filed with the Clerk of Court using the CM/ECF system on all counsel of record.

By: /s/ Ryan Clancy
Ryan Clancy, Esq.