UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
Miami Division

Case No.: 1:23cv20421

FAST TEST NOW HOLDINGS LLC, a Florida limited liability company, and JOSHUA WILSON, an individual,

    *Plaintiffs,*

v.

POSEIDON DIAGNOSTICS CORP, a Florida corporation, and HUASCAR RIJSSENBEEK, an individual, HRGMT Corp, a Florida corporation,

    *Defendants.*

_____/

## JOINT STIPULATION FOR VOLUNTARY DISMISSAL
## WITH PREJUDICE PURSUANT TO SETTLEMENT AGREEMENT

**COMES NOW**, Plaintiffs, FAST TEST NOW HOLDINGS LLC and JOSHUA WILSON (collectively referred to as "Plaintiffs"), and Defendants, POSEIDON DIAGNOSTICS CORP, HUASCAR RIJSSENBEEK, and HRMGT CORP (collectively referred to as "Defendants"), by and through their respective undersigned counsel and pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), hereby stipulate to dismissal of all claims in this action by Plaintiffs against Defendants that were brought, could have been brought, or should have been brought, known or unknown, with prejudice, and stipulate to dismissal of all claims that were brought, could have been brought, or should have been brought, known or unknown, by Defendants against Plaintiffs, with prejudice, and with each party to bear its own attorney's fees and costs pursuant to Settlement Agreement between the parties. This Court shall retain jurisdiction to enforce the terms of the settlement agreement.

| | |
|---|---|
| Date: | Respectfully submitted: |
| **AISWORTH + CLANCY, PLLC** | **KATZMAN WASSERMAN,<br>BENNARDINI & RUBINSTEIN, P.A.** |
| 801 Brickell Avenue, 8th Floor<br>Miami, FL 33131<br>Telephone: (305) 600-3816<br>Facsimile: (305) 600-3817<br>*Counsel for Plaintiffs* | 7900 Glades Road, Suite 140<br>Boca Raton, Florida 33434<br>Telephone: (561) 477-7774<br>Facsimile: (561) 477-7447<br>*Counsel for Defendants* |
| By: */s/ Ryan Clancy*<br>Ryan Clancy, Esq.<br>Florida Bar No. 117650<br>Email: ryan@business-esq.com<br>Email: info@business-esq.com | By: */s/ Craig A. Rubinstein*<br>Craig A. Rubinstein, Esq.<br>Florida Bar No. 77755<br>Email: car@kwblaw.com<br>Email: mrm@kwblaw.com |